**United States Bankruptcy Court**
**Eastern District of Michigan**

IN RE:                                                    Case No. _____

Woodland Estates Of Kalamazoo, LLC                       Chapter **11** _____
_____
                        Debtor(s)

### STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.  The undersigned is the attorney for the Debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    ☐ **FLAT FEE**

    A.  For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee _____
    B.  Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . · _____
    C.  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . · _____

    ☑ **RETAINER**

    A.  Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . · _____**4,941.00**
    B.  The undersigned shall bill against the retainer at an hourly rate of $ _____**200.00** . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.  $ _____**1,039.00** of the filing fee has been paid.

4.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

    A.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    B.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    C.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    D.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    E.  Reaffirmations;
    F.  Redemptions;
    G.  ~~Other:~~

5.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6.  The source of payments to the undersigned was from:

    A.  ✓ Debtor(s)' earnings, wages, compensation for services performed
    B.  ✓ Other (describe, including the identity of payor) **Germano Management Co., the manager** _____

7.  The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Date: **September 13, 2011** _____          **/s/ Rlichard F. Fellrath** _____
                                                        Attorney for the Debtor(s)

Agreed: **/s/ Germano L. Mularoni** _____          _____
        Debtor              **Germano L. Mularoni**     Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
# Eastern District of Michigan

**IN RE:**                                                        Case No. _____

**Woodland Estates Of Kalamazoo, LLC** _____        Chapter **11** _____
<span style="margin-left:2em">Debtor(s)</span>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____        Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                        the Social Security number of the officer,
_____        principal, responsible person, or partner of
                                                the bankruptcy petition preparer.)
_____        (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Woodland Estates Of Kalamazoo, LLC** _____        **X** _/s/_ _____        **9/13/2011**
Printed Name(s) of Debtor(s)                            Signature of Debtor                    Date

Case No. (if known) _____            **X** _____
                                                        Signature of Joint Debtor (if any)        Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Eastern District of Michigan | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Woodland Estates Of Kalamazoo, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Wildwood Mobile Home Community**<br>**Woodland Estates Manufactured Home Commu** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **38-2380619** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**32540 Schoolcraft Ste 110**<br>**Livonia, MI**<br>ZIPCODE **48150** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Wayne** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**4797 South 4th St., Oshtemo Twp., MI**
ZIPCODE **49009**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ⎪ ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Woodland Estates Of Kalamazoo, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)            Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Woodland Estates Of Kalamazoo, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X _____<br>Signature of Debtor | X _____<br>Signature of Foreign Representative |
| X _____<br>Signature of Joint Debtor | _____<br>Printed Name of Foreign Representative |
| _____<br>Telephone Number (If not represented by attorney) | _____<br>Date |
| _____<br>Date | |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ Rlichard F. Fellrath*<br>Signature of Attorney for Debtor(s) | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| **Rlichard F. Fellrath P13365**<br>**Law Offices of Richard F.**<br>**Fellrath**<br>**4056 Middlebury Dr.**<br>**Troy, MI  48085**<br>**(248) 519-5064  Fax: (248) 519-5065**<br>**lawfellAwowway.com** | |
| | _____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer |
| | _____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **September 13, 2011**<br>Date | _____<br>Address |
| \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |
| | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |

| **Signature of Debtor (Corporation/Partnership)** | _____<br>Date |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X */s/ Germano L. Mularoni*<br>Signature of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **Germano L. Mularoni**<br>Printed Name of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Title of Authorized Individual | |
| **September 13, 2011**<br>Date | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of Michigan

**IN RE:**                                                    Case No. _____

Woodland Estates Of Kalamazoo, LLC                   Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| General Electric Capitol Corporation<br>1500 Citywest Blvd. Ste 200<br>Houston, TX  77042 | E. Lee Parish | Bank loan | | 3,497,546.00<br>Collateral:<br>2,950,000.00<br>Unsecured:<br>541,567.00 |
| Germano Management Company<br>32540 Schoolcraft<br>Livonia, MI  48150 | | uncashed checks | | 99,272.20 |
| Oshtemo Township<br>7275 West Main<br>Kalamazoo, MI  49009 | | Real EstateTaxes | Unliquidated Disputed | 1.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **September 13, 2011**          Signature: **/s/ Germano L. Mularoni**

                                      **Germano L. Mularoni,**
                                      _____
                                      (Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of Michigan

IN RE:                                                                    Case No. _____

__Woodland Estates Of Kalamazoo, LLC_____     Chapter __11_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $   2,960,400.00 | | |
| B - Personal Property | Yes | 3 | $        60,324.84 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   3,497,546.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $              1.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $        99,272.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 12 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 24 | $   3,020,724.84 | $   3,596,819.20 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC** _____ Case No. _____
                              Debtor(s)                                                                            (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Moble Home park at 4707 South 4th Street, Kalamazoo (Oshtemo Twp.) MI 49009 55.79 Acres with 338 homesites (60.1% occupied). With Community Building** | **Fee Simple** | | 2,950,000.00 | 3,497,546.00 |
| **Real Estate: Lot and sign on Stadium Drive, Oshtemo Twp., MI 49009** | **Fee Simple** | | 10,400.00 | 0.00 |
| | | **TOTAL** | **2,960,400.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Woodland Estates Of Kalamazoo, LLC__      Case No. _____
              Debtor(s)                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **account with PNC Bank, Kalamazoo, MI (ballance as of July 29, 2011-$48,377.60) #42-3233-7807**<br>**Outstatnding checks reduce this to $1000.00** | | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Tax escrow (after payment of $21,159.67 Property tax)** | | 56,723.84 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC** _____ Case No. _____

Debtor(s)      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | **Washington International Insurance Co. Bond for Payment of Security Deposits ($113,000.00 face)** | | 1.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford Pickup truck, 1996 Ford pickup truck** | | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **computer, conference table and chairs,2 HP printers, 1 Brothers printer, l1 fax machine, typrwriter 5 filing cabinets, 3 window airconditioners, 2 phones, calculator, microwave, 2 small refrigerators, pictures, end tables with lamps , 3 book shelves, Office supplies.** | | 500.00 |
| | | **Furnishings for clubhouse, 5 tables 30 chair5s, window air conditioner, TV, Microwaver and refrigerator.** | | 100.00 |

IN RE **Woodland Estates Of Kalamazoo, LLC** _____  Case No. _____

                          Debtor(s)                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2 Lawn tractors (one Kabota), snow blower Toro mower, Graveley mower with vacuum assembly, John Deere push mower, leaf blower, weed hog, 2 golf carts, 1 wheeled spray tank, generator, hand tools, power washer, seed spreader, paint sprayer, 2 chain saws, shop vac., edger, wheel borrow, furnature dolly, beld sander, battery drills, pole saw, grass roller, air compressor, tripod for pump station** | | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL      60,324.84

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Woodland Estates Of Kalamazoo, LLC _____  Case No. _____
<center>Debtor(s)                                                                    (If known)</center>

<center>

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

</center>

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**IN RE** <u>Woodland Estates Of Kalamazoo, LLC</u>  Case No. _____
<div style="text-align:center">Debtor(s)</div>  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **General Electric Capitol Corporation 1500 Citywest Blvd. Ste 200 Houston, TX 77042** | X | | **Mortgage and security interest.**  VALUE $ **2,950,000.00** | | | | **3,497,546.00** | **541,567.00** |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

<u>      **0**      </u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **3,497,546.00** | $ **541,567.00** |
| Total (Use only on last page) | $ **3,497,546.00** | $ **541,567.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC**                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC** _____  Case No. _____
                                    Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Oshtemo Township** <br>**7275 West Main** <br>**Kalamazoo, MI  49009** | | | **Possible liability to the Township in the event the secured lender fialed to make payment of Real Estate or personaal Property taxes due in September of 2011** | X | X | | **1.00** | **1.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **1.00** | $ **1.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **1.00** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **1.00** | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC** _____  Case No. _____
                                     Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Emily Kobie**<br>**4662 Red Leaf #175**<br>**Kalamazoo, MI  49009** | | | | | X | X | **unknown** |
| ACCOUNT NO.<br><br>**Ryan & Ryan**<br>**535 S. Burdick St Ste 115**<br>**Kalaamazoo, MI  49007-6100** | | | **Assignee or other notification for:**<br>**Emily Kobie** | | | | |
| ACCOUNT NO.<br><br>**Germano Management Company**<br>**32540 Schoolcraft**<br>**Livonia, MI  48150** | | | **Payroll reimbursment-$66,654.15; management fees-$32,618.05** | | | | **99,272.20** |
| ACCOUNT NO. | | | | | | | |

| | | |
|---|---|---|
| _____ **0** continuation sheets attached | Subtotal<br>(Total of this page) | $ **99,272.20** |
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **99,272.20** |

**IN RE** Woodland Estates Of Kalamazoo, LLC _____     Case No. _____
                                                                                  (If known)
_____
Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Walter Warner<br>4731 Red Leaf #153<br>Kalamazoo, MI 49009 | Lot Leaase |
| Ken Shipley<br>8985 Briarwood #1<br>Kalamazoo, MI 49009 | Lot Lease |
| Dawn Burrows<br>8762 Wildwood #1A<br>Kalamazoo, MI 49009 | Lot lease |
| David Curtis<br>8975 Briarwood #2<br>Kalamazoo, MI 49009 | Lot Lease |
| Vern Covell<br>8965 Briarwood #2<br>Kalamazoo, MI 49009 | Lot lease |
| Susan Ann DeSchot<br>8951 Briarwood #4<br>Kalamazoo, MI 49009 | Lot lease |
| Sheila Meyer<br>8737 Briarwood #4<br>Kalamazoo, MI 49009 | Lot lease |
| Deborah Richter<br>8931 Briarwood #7<br>Kalamazoo, MI 49009 | Lot Lease |
| Cathy Pheips<br>8917 Briarwood #9<br>Kalamazoo, MI 49009 | Lot lease |
| Shanna Grubaugh<br>8895 Briarwood #12<br>Kalamazoo, MI 49009 | Lot Lease |
| Angelina Luce<br>8988 Briarwood #13<br>Kalamazoo, MI 49009 | Lot lease |
| Tessie Raven<br>8875 Briarwood #15<br>Kalamazoo, MI 49009 | Lot lease |
| DLaura Domaska<br>8902 Briarwood #16<br>Kalamazoo, MI 49009 | Lot Lease |
| Joseph Snow<br>8916 Briarwood #18<br>Kalamazoo, MI 49009 | Lot lease |
| Linda M. Salter<br>8938 Briarwood #21<br>Kalamazoo, MI 49009 | Lot Lease |
| Robert Gilman<br>8944 Briarwood #22<br>Kalamazoo, MI 49009 | Lot Lease |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC** _____ Case No. _____
                                     Debtor(s)                                   (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Gerald Cobine**<br>**8953 Beechwood #25**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Dave Golliher**<br>**8947 Beechkwood #26**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Tracy Alger**<br>**8925 Beechwood #$29**<br>**Kalamazoo, MI 49009** | **Lot lease** |
| **Suzanne Riggs**<br>**8901 Beechwood #32**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Vern Filipunas**<br>**8889 Beechwood #33**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Amanda Casserly**<br>**8881 Beechwood #35**<br>**Kalamazoo, MI 49009** | **Lot lease** |
| **Sherry Nondorf**<br>**8877 Beechwood #36**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Mark Adams**<br>**8873 Beechwood #37**<br>**Kalamazoo, MI 49009** | **Lot lease** |
| **Michael Kemmerling**<br>**8875 Beechwood #38**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Craig Ruimveld**<br>**8876 Beechwood #39**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Margie Gomez**<br>**8888 Beechwood #40**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Mary Lawrence**<br>**8892 Beechwood #41**<br>**Kalamazoo, MI 49009** | **Lot lease** |
| **Allen Edwid Homes**<br>**8900 Beechwood #43**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Kelly Schallhorn**<br>**8908 Beechwood #44**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Linda Dennison**<br>**8916 Beechwood #45**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Phillip Haynes**<br>**8926 Beechwood #46**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Scott Newell**<br>**8926 Beechwood #47**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Patricia Dolph**<br>**8940 Beechwood #48** | **Lot Lease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Woodland Estates Of Kalamazoo, LLC _____ Case No. _____
                                                    Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kalamazoo, MI 49009 | |
| **Peggy Czyzewski**<br>**8849 Wildwood #50**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Laura Webster**<br>**8941 Wildwood #51**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Kenneth Lattin**<br>**8933 Wildwood #52**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Anjeanette Hamel**<br>**8927 Wildwood #53**<br>**Kalamazoo, MI 49009** | **Lot lease** |
| **Barb Cowley**<br>**8917 Wildwood # 54**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Michael Williams**<br>**8909 Wildwood #55**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Alexander Schlender**<br>**8899 Wildwood #56**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Terrance A. Miller**<br>**8891 Wildwood #57**<br>**Kalamazoo, MI 49009** | **Lot lease** |
| **Jeffry Maystead**<br>**4718 Wildwood #58**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **La Rue Welch**<br>**4732 Wildwood #58A**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Ryan VanDam**<br>**4700 Wildwood #59**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Travis Towne**<br>**4660 Wildwood #62**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Sharon P. Bradley**<br>**4636 Wildwood #64**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Donald Eckelbecksr**<br>**8950 Wildwood #66**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Scott Pengra**<br>**8940 Wildwood #67**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Shalana Roden**<br>**8932 Wildwood #68**<br>**Kalamazoo, MI 49009** | **Lot lease** |
| **Cindy (Rathburn) Walton**<br>**8924 Wildwood #69**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Gordon Conolly Sr.** | **Lot lease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC** _____  Case No. _____
                                    Debtor(s)                                           (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 8912 Wildwood #70<br>Kalamazoo, MI 49009 | |
| Kathleen Harrell (Meyer)<br>8906 Wildwood #71<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Rebecca Joan Whitney<br>8898 Wildwood #72<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Danny Holroyd<br>8886 Wildwood #73<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Lena Fleischaker<br>8872 Wildwood #75<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Chuck Wilkins<br>8854 Wildwood #77<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Ken Mannon<br>8834 Wildwood #78<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Rosemary Steele<br>8806 Wildwood #81<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Donald Tiller<br>8796 Wildwood #82<br>Kalamazoo, MI 49009 | **Lot Lease** |
| David McCon<br>8780 Wildwood #85<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Terry VanderZee<br>4651 Oak Lawn #88<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Scott Munson<br>4667 Oak Lawn #89<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Wendy Comai<br>4681 Oak Lawn #90<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Cathy Huntey<br>4709 Oaklawn #92<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Chip Hunter<br>4721 Oak Lawn #92<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Garry Lehr<br>4757 Oak Lawn #95<br>Kalamazoo, MI 49009 | **Lot lease** |
| Aaron Wallace<br>4773 Oaklawn #97<br>Kalamazoo, MI 49009 | **Lot lease** |
| Patty Milsap<br>8769 Oak Lawn #97<br>Kalamazoo, MI 49009 | **Lot Lease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Woodland Estates Of Kalamazoo, LLC _____ Case No. _____

Debtor(s)                                     (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| **Charlie Roberts**<br>**8779 Briarwood #99**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Monico Jimenez**<br>**8787 Briarwood #100**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Lori (Johnson Kennedy**<br>**8801 Briarwood #102**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Amy Nolan**<br>**8815 Briarwood**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Frank Nieuwenhof**<br>**8829 Briarwood #105**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Berry Overacker**<br>**8882 Briarwood #107**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Melinda Wllcozx**<br>**8847 Briarwood #110**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **AltaMitchell**<br>**8840 Briarwood #111**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **AMy Snyder**<br>**8826 Briarwood #113**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Darlene Griner**<br>**4668 Maple Lawn #114**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Stephen Wallace**<br>**4645 Maple Lawn #115**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Nicodemus Asberry**<br>**4681 Maple Lawn #118**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Linda Marks**<br>**4695 Maple Lawn #119**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Michael Shannon**<br>**4755 Maple Lawn #124**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Karen Forbes**<br>**4744 Oak Lawn #126**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Kelly Wyant**<br>**4714 Oak Lawn #128**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Donald Mikle**<br>**4672 Oak Lawn #132**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Rilchard Wildgen**<br>**4662 Oak Lawn #133** | **Lot Lease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Woodland Estates Of Kalamazoo, LLC _____ Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kalamazoo, MI 49009 | |
| Joseph Gerry<br>4646 Oak Lawn #134<br>Kalamazoo, MI 49009 | Lot Lease |
| Denise Kellam<br>8633 Rusty Dr #135<br>Kalamazoo, MI 49009 | Lot Lease |
| Kimberly King<br>8673 Rusty Drive # 139<br>Kalamazoo, MI 49009 | Lot Lease |
| Dennis Mayne Sr.<br>8681 Rusty Dr. #141<br>Kalamazoo, MI 49009 | Lot Lease |
| Lisa Miller<br>8685 Rusty Drive 142<br>Kalamazoo, MI 49009 | Lot Lease |
| Lori Joza<br>8717 Rusty Dr #144<br>Kalamazoo, MI 49009 | Lot Lease |
| Charles Martin Sr.<br>8725 Rusty Dr. #145<br>Kalamazoo, MI 49009 | Lot Lease |
| Eddie Burnett Boyd<br>8738 Rusty Dr. #148<br>Kalamazoo, MI 49009 | Lot Lease |
| John Livernois<br>8741 Rusty Dr. #150<br>Kalamazoo, MI 49009 | Lot Lease |
| Hua Jian Zhu<br>8745 Rusty Drive #151<br>Kalamazoo, MI 49009 | Lot Lease |
| Michael French Jr.<br>4735 Red Leaf # 152<br>Kalamazoo, MI 49009 | Lot Lease |
| Dale Richmond<br>4727 Rusty Drive # 154<br>Kalmazoo, MI 49009 | Lot Lease |
| Patrick Seelye<br>8464 Rusty Dr. #154A<br>Kalamazoo, MI 49009 | Lot Lease |
| Jacob Stevens Foster<br>8658 Rusty Dr. #154 B<br>Kalamazoo, MI 49009 | Lot Lease |
| Ida Bryant<br>4723 Red Leaf #155<br>Kalamazoo, MI 49009 | Lot Lease |
| Lynda Roscoe<br>4719 Red Leaf #156<br>Kalamazoo, MI 49009 | Lot Lease |
| John Snyder<br>4711 Red Eaf #158<br>Kalamazoo, MI 49009 | Lot Lease |
| Mark VanNiman | Lot Lease |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Woodland Estates Of Kalamazoo, LLC _____ Case No. _____
<div style="text-align:center">Debtor(s)                                     (If known)</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 8727 Basswood #159<br>Kalamazoo, MI 49009 | |
| Terry Payne<br>8735 Basswood # 160<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Kate Kern<br>8739 Basswood #162<br>Kalamazoo, MI 49009 | **Lot Lease** |
| DawnBrown<br>8747 Basswood #164<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Terry Ballinger Sr.<br>8746 Basswood #165<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Cheryl Robinson<br>8742 Basswood #166<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Jonathan Schuyler<br>8738 Basswood #167<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Jashnea Tillson<br>8730 Basswood #169<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Donna Burrell<br>8726 Basswood #169<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Paul Huff<br>4678 Basswood #171<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Anita Vickery<br>4674 Red Leaf #172<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Terry Kennedy<br>4668 Red Leaf #173<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Emily Kobie<br>4662 Red Leaf #175<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Carol Fox<br>4650 Red Leaf # 178<br>Kalamazoo, MI 49009 | **Lot lease** |
| Betty Lynn<br>4663 Red Leaf #179<br>Kalamazoo, MI 49009 | **Lot lease** |
| Larry Jordan<br>4667 Red Leaf #180<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Debra Bell<br>4671 Red Leaf #181<br>Kalamazoo, MI 49009 | **Lot Lease** |
| Julie Cronk<br>4675 Red Leag #182<br>Kalamazoo, MI 49009 | **Lot Lease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC** _____ Case No. _____
_____
<span style="margin-left:6em">Debtor(s)</span> <span style="float:right">(If known)</span>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Christopher Omo**<br>**4679 Red Leag #183**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Ann Thornblad**<br>**8740 Ironwood #187**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **James Kilgore**<br>**8736 Ironwood #187**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Floyd Keeler**<br>**8728 Ironwood # 189**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Ssue E. Clough**<br>**8720 Ironwood #191**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Alan Randell**<br>**8678 Ironwood #195**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Robert Ball**<br>**8674 Ironwood #196**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Theedy Doremus**<br>**8658 Ironwood #200**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Paul Cusano**<br>**8646 Ironwood #201**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Richard Brown**<br>**8634 Ironwood #204**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Andrew J. Terpstra**<br>**8626 Ironwood #206**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Rebecca Stafford**<br>**8624 Ironwood #207**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Robert Wellington**<br>**4657 White Pine #209**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Richard Maze**<br>**4657 White Pine #210**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Marcus Blair**<br>**4672 White Pine**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Larry Snell**<br>**4667 White Pine #214**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Ryan Lovins**<br>**4676 White Pine #215**<br>**Kalamazoo, MI  49009** | **Lot Lease** |
| **Joseph Ambs**<br>**4672 White Pine #216** | **Lot Lease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC** _____ Case No. _____
                                  Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kalamazoo, MI 49009 | |
| **John Phillps**<br>**4668 White Pine #217**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Mary Williams**<br>**4681 White Pine #222**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Patrick Willis**<br>**4685 White Pine #224**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Mark Bottoroff**<br>**8668 Basswood #230**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Randy Spinelli**<br>**8664 Basswood #231**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **James Kress**<br>**8602 Ash #232**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Laura E. Schultz**<br>**4562 Ash #233**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Richard Stegman**<br>**4542 Ash #234**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Wilmer Downs**<br>**8963 Woodland #236**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Linda K.Miller**<br>**8962 Woodland #238**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Michael Scott**<br>**8952 Woodland #239**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Robert Rupe**<br>**8938 Woodland #240**<br>**Kalamzzoo, MI 49009** | **Lot Lease** |
| **Kelly Shafer**<br>**8902 Woodland #241**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Karen Kovach**<br>**8899 Woodland #243**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **William H. Gelbaugh**<br>**8668 Basswood #245**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Basem Abdel-Messieh**<br>**8929 Woodland #246**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Harlie Frazier**<br>**8690 Dogwood # 247**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Juan Tienda** | **Lot Lease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC**                    Case No. _____
_____
<span style="font-size:smaller">Debtor(s)</span>                                                    <span style="font-size:smaller">(If known)</span>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 8946 Sassafras #248<br>Kalamazoo, MI  49009 | |
| Denise Kellegg<br>8924 Sassafras #250<br>Kalamazoo, MI  49009 | Lot Lease |
| Weslie Gibson<br>8914 Sassafras #251<br>Kalamazoo, MI  49009 | Lot Lease |
| Edward Garcia<br>4539 Elm #254<br>Kalamazoo, MI  49009 | Lot Lease |
| Lisa Robinson<br>4429 Elm #255<br>Kalamazoo, MI  49009 | Lot Lease |
| ZKenneth Smeader<br>4383 Elm #256<br>Kalamazoo, MI  49009 | Lot Lease |
| Jaylens Jeanne Demorest<br>8917 Briarwood #9<br>Kalamazoo, MI  49009 | Lot Lease |
| Michelle Mcliroy<br>8952 Woodland #264<br>Kalamazoo, MI  49009 | Lot lease |
| William Smith<br>4455 Walnut #267<br>Kalamazoo, MI  49009 | Lot Lease |
| Thomas Stainbrook<br>8821 Sycamore #272<br>Kalamazoo, MI  49009 | Lot Lease |
| Duane Steward<br>4424 Birch #273<br>Kalamazoo, MI  49009 | Lot Lease |
| Adam Rench<br>4492 Birch #275<br>Kalamazoo, MI  49009 | Lot Lease |
| John Homan<br>4457 Birch #277<br>Kalamazoo, MI  49009 | Lot Lease |
| Vincent Carter<br>8809 Sycamore # 282<br>Kalamazoo, MI  49009 | Lot Lease |
| Dana Rench Sr.<br>4522 Locust  #288<br>Kalamazoo, MI  49009 | Lot Lease |
| Jenny Summers<br>4556 Locust #289<br>Kalamazoo, MI  49009 | Lot Lease |
| Roger Gauthier<br>4485 Locust #291<br>Kalamazoo, MI  49009 | Lot Lease |
| Stacy Weber<br>4425 Locust #292<br>Kalamazoo, MI  49009 | Lot Lease |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC** _____ Case No. _____
<div style="text-align:center">Debtor(s)                        (If known)</div>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **LaShonda Lasenby**<br>**4349 Willow #295**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Susan Rabb**<br>**4426 Willow #296**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Claude Thomas**<br>**8729 Dogwood #297**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Nathan Lee**<br>**8699 Dogwood #303**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Mark Coulson**<br>**8669 Dogwood #303**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Gerald Kelly Sr.**<br>**8649 Dogwood # 304**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Richard Parsons**<br>**8650 Dogwood #306**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Mark Sikkenga**<br>**8680 Dogwood #308**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Natacha Gibson**<br>**8690 Dogwood #309**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Stanley C. Page**<br>**8700 Doogwood #308**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **William Cunningham**<br>**8710 Dogwood #311**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Relius Smith Sr.**<br>**8730 Dogwood #313**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Christine Sheridan (Jones)**<br>**8760 Sycamore #314**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Janet Lasenby**<br>**8770 Sycamore #316**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Caria Logan**<br>**8800 Sycamore #320**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Robert Knapp**<br>**8820 Sycamore #321**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Janet Bernzott**<br>**8830 Sycamore #322**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Garry Rasmussen**<br>**8850 Sycamore #324** | **Lot Lease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Woodland Estates Of Kalamazoo, LLC**      Case No. _____

Debtor(s)                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kalamazoo, MI 49009 | |
| **Craig Bugg**<br>**8860 Sycamore #325**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Marianne Brown**<br>**8880 Sycamore #327**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Phil Perk**<br>**8890 Sycamore #328**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Jerry Smith**<br>**8765 Sassafras #329**<br>**Kalamazoo, MI 49009** | **Lot lease** |
| **James McGlamery**<br>**8777 Sassafras # 330**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Brenda Boley**<br>**8817 Sassafras #334**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Richard D. Thornton**<br>**8827 Sassafras #335**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Donald McMahon**<br>**8837 Sassafras #236**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Barbara Channellls**<br>**8867 Sassafras #339**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Patricia Deland**<br>**8897 Sassafras #342**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Sabrina Lambert**<br>**8917 Sassafras #344**<br>**Kalamazoo, MI 49009** | **Lot Lease** |
| **Rosealie Cornell**<br>**8947 Sassafras #347**<br>**Kalamazoo, MI 49009** | **Lot Lease** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Woodland Estates Of Kalamazoo, LLC _____ Case No. _____
                        Debtor(s)                                                                                 (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Germano Mularoni**<br>**32540 Schoolcraft Ste 110**<br>**Livonia, MI 48150** | **General Electric Capitol Corporation**<br>**1500 Citywest Blvd. Ste 200**<br>**Houston, TX 77042** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Woodland Estates Of Kalamazoo, LLC
_____  Case No. _____
Debtor(s)                                                                 (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                                                    Debtor

Date: _____     Signature: _____
                                                                                            (Joint Debtor, if any)
                                                                 [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Woodland Estates Of Kalamazoo, LLC** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**25** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 13, 2011** _____     Signature: _**/s/ Germano L. Mularoni**_____

**Germano L. Mularoni**
                                                                  (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of Michigan

IN RE:            Case No. _____

__Woodland Estates Of Kalamazoo, LLC__         Chapter __11__ _____

                         Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT     SOURCE
    522,989.00   **2011-Rents  522,989.00, expenses**
                 **2010- Rents 759,135.00,expenses 887,837.00.Loss  <128,702>**
                 **2009- Rents 853,900.00,expenses 906,771.00 Loss <52,871.>**

---

### 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

□ **b. Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*None* in top left of box

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **GEMSA Loan Services**<br>**1500 Citywest Blvd. Ste 200**<br>**Houston, TX 77042** | **Monthly** | **36,625.00** | **0.00** |

*None* □ **c. All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Germano Management Company**<br>**32540 Schoolcraft**<br>**Livonia, MI 48150**<br>**Common ownership** | **Monthly** | **30,424.00** | **0.00** |

**Reimbursment for current bills paid by Germano Management on a Monthly basis.**

### 4. Suits and administrative proceedings, executions, garnishments and attachments

*None* ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*None* ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

*None* ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

*None* ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

*None* ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

*None* ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

*None* ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Richard F. Fellrath<br>4056 Middlebury Dr.<br>Troy, MI  48085 | August 29, 2011 | 4,941.00 |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| GEMSA Loan Services<br>1500 Citywest Blvd. Ste 200<br>Houston, TX  77042 | Monthly | $36,625.00 Per monthMortgage payment. |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Wildwood Mobile Home Community** | **38-2380619** | **4797 S. 4th St. Kalamazoo, MI 49007** | **Mobile Home park** | **10/15/1981 to present** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Gerald J. Carnago, CPA**
**Carnago & Carnago, P.C.**
**667 E. Big Beaver Rd. Ste 201**
**Troy, MI  48083-1431**

**1981- date**

---

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Germano Management Company**
**32540 Schoolcraft**
**Livonia, MI  48150**

---

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                         DATE ISSUED
**GEMSA Loan Services**                   **9/1/2001**
**1500 Citywest Blvd. Ste 200**
**Houston, TX  77042**

---

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mularoni Investments, LLC**<br>**C/O GErmano L. Mularoni**<br>**32540 Schoolcraft, Ste 110**<br>**Livonia, MI  48150** | **Managing member** | **52.667%** |
| **Germano L.Mularoni Revocable Trust**<br>**C/O Germano L. Mularoni, Trustee**<br>**32540 Schoolcraft Ste 110**<br>**Livonia, MI  40150** | **Member** | **20%** |
| **Humbert & Mary Jo Mularoni Family Ltd. Partnership** | **Member** | **5.333%** |
| **James F. Colosimo Revocable Trust**<br>**James F.Colosimo, Trustee** | **Member** | **5.333%** |
| **Paul Dietz** | **Member** | **4.6667%** |
| **Richard P. Mularoni Revocable Trust**<br>**Richard P.Mularoni, Trustee** | **Member** | **4.666%** |
| **Kathleen Mularoni Revocable Trust** | **Member** | **4.6667%** |
| **Joseph E. & Blanche Vettraino Trust**<br>**Blanch M. Vettraino, Trustee** | **Member** | **2.666%** |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 13, 2011**  Signature: ***/s/ Germano L. Mularoni***

**Germano L. Mularoni,**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of Michigan

IN RE:                                                Case No. _____

**Woodland Estates Of Kalamazoo, LLC**_____   Chapter **11**_____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **September 13, 2011**_____   Signature: _*/s/ Germano L. Mularoni*_____
                                                   **Germano L. Mularoni,**
                                                                                    Debtor


Date: _____   Signature: _____
                                                                        Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Aaron Wallace
4773 Oaklawn #97
Kalamazoo, MI  49009


Adam Rench
4492 Birch #275
Kalamazoo, MI  49009


Alan Randell
8678 Ironwood #195
Kalamazoo, MI  49009


Alexander Schlender
8899 Wildwood #56
Kalamazoo, MI  49009


Allen Edwid Homes
8900 Beechwood #43
Kalamazoo, MI  49009


AltaMitchell
8840 Briarwood #111
Kalamazoo, MI  49009


Amanda Casserly
8881 Beechwood #35
Kalamazoo, MI  49009


Amy Nolan
8815 Briarwood
Kalamazoo, MI  49009


AMy Snyder
8826 Briarwood #113
Kalamazoo, MI  49009

Andrew J. Terpstra
8626 Ironwood #206
Kalamazoo, MI  49009


Angelina Luce
8988 Briarwood #13
Kalamazoo, MI  49009


Anita Vickery
4674 Red Leaf #172
Kalamazoo, MI  49009


Anjeanette Hamel
8927 Wildwood #53
Kalamazoo, MI  49009


Ann Thornblad
8740 Ironwood #187
Kalamazoo, MI  49009


Barb Cowley
8917 Wildwood # 54
Kalamazoo, MI  49009


Barbara Channellls
8867 Sassafras #339
Kalamazoo, MI  49009


Basem Abdel-Messieh
8929 Woodland #246
Kalamazoo, MI  49009


Berry Overacker
8882 Briarwood  #107
Kalamazoo, MI  49009

Betty Lynn
4663 Red Leaf #179
Kalamazoo, MI  49009


Brenda Boley
8817 Sassafras #334
Kalamazoo, MI  49009


Caria Logan
8800 Sycamore #320
Kalamazoo, MI  49009


Carol Fox
4650 Red Leaf # 178
Kalamazoo, MI  49009


Cathy Huntey
4709 Oaklawn #92
Kalamazoo, MI  49009


Cathy Pheips
8917 Briarwood #9
Kalamazoo, MI  49009


Charles Martin Sr.
8725 Rusty Dr. #145
Kalamazoo, MI  49009


Charlie Roberts
8779 Briarwood #99
Kalamazoo, MI  49009


Cheryl Robinson
8742 Basswood #166
Kalamazoo, MI  49009

Chip Hunter
4721 Oak Lawn #92
Kalamazoo, MI  49009


Christine Sheridan (Jones)
8760 Sycamore #314
Kalamazoo, MI  49009


Christopher Omo
4679 Red Leag #183
Kalamazoo, MI  49009


Chuck Wilkins
8854 Wildwood #77
Kalamazoo, MI  49009


Cindy (Rathburn) Walton
8924 Wildwood #69
Kalamazoo, MI  49009


Claude Thomas
8729 Dogwood #297
Kalamazoo, MI  49009


Craig Bugg
8860 Sycamore #325
Kalamazoo, MI  49009


Craig Ruimveld
8876 Beechwood #39
Kalamazoo, MI  49009


Dale Richmond
4727 Rusty Drive # 154
Kalmazoo, MI  49009

Dana Rench Sr.
4522 Locust  #288
Kalamazoo, MI  49009


Danny Holroyd
8886 Wildwood  #73
Kalamazoo, MI  49009


Darlene Griner
4668 Maple Lawn #114
Kalamazoo, MI  49009


Dave Golliher
8947 Beechkwood #26
Kalamazoo, MI  49009


David Curtis
8975 Briarwood #2
Kalamazoo, MI  49009


David McCon
8780 Wildwood #85
Kalamazoo, MI  49009


Dawn Burrows
8762 Wildwood #1A
Kalamazoo, MI  49009


DawnBrown
8747 Basswood #164
Kalamazoo, MI  49009


Deborah Richter
8931 Briarwood #7
Kalamazoo, MI  49009

Debra Bell
4671 Red Leaf #181
Kalamazoo, MI  49009


Denise Kellam
8633 Rusty Dr #135
Kalamazoo, MI  49009


Denise Kellegg
8924 Sassafras #250
Kalamazoo, MI  49009


Dennis Mayne Sr.
8681 Rusty Dr. #141
Kalamazoo, MI  49009


DLaura Domaska
8902 Briarwood #16
Kalamazoo, MI  49009


Donald Eckelbecksr
8950 Wildwood #66
Kalamazoo, MI  49009


Donald McMahon
8837 Sassafras #236
Kalamazoo, MI  49009


Donald Mikle
4672 Oak Lawn #132
Kalamazoo, MI  49009


Donald Tiller
8796 Wildwood #82
Kalamazoo, MI  49009

```
Donna Burrell
8726 Basswood #169
Kalamazoo, MI  49009


Duane Steward
4424 Birch #273
Kalamazoo, MI  49009


Eddie Burnett Boyd
8738 Rusty Dr.  #148
Kalamazoo, MI  49009


Edward Garcia
4539 Elm #254
Kalamazoo, MI  49009


Emily Kobie
4662 Red Leaf #175
Kalamazoo, MI  49009


Floyd Keeler
8728 Ironwood # 189
Kalamazoo, MI  49009


Frank Nieuwenhof
8829  Briarwood #105
Kalamazoo, MI  49009


Garry Lehr
4757 Oak Lawn #95
Kalamazoo, MI  49009


Garry Rasmussen
8850 Sycamore #324
Kalamazoo, MI  49009
```

General Electric Capitol Corporation
1500 Citywest Blvd. Ste 200
Houston, TX  77042


Gerald Cobine
8953 Beechwood #25
Kalamazoo, MI  49009


Gerald Kelly Sr.
8649 Dogwood # 304
Kalamazoo, MI  49009


Germano Management Company
32540 Schoolcraft
Livonia, MI  48150


Germano Mularoni
32540 Schoolcraft Ste 110
Livonia, MI  48150


Gordon Conolly Sr.
8912 Wildwood #70
Kalamazoo, MI  49009


Harlie Frazier
8690 Dogwood # 247
Kalamazoo, MI  49009


Hua Jian Zhu
8745 Rusty Drive  #151
Kalamazoo, MI  49009


Ida Bryant
4723 Red Leaf #155
Kalamazoo, MI  49009

Jacob Stevens Foster
8658 Rusty Dr. #154 B
Kalamazoo, MI   49009


James Kilgore
8736 Ironwood #187
Kalamazoo, MI   49009


James Kress
8602 Ash #232
Kalamazoo, MI   49009


James McGlamery
8777 Sassafras # 330
Kalamazoo, MI   49009


Janet Bernzott
8830 Sycamore #322
Kalamazoo, MI   49009


Janet Lasenby
8770 Sycamore #316
Kalamazoo, MI   49009


Jashnea Tillson
8730 Basswood #169
Kalamazoo, MI   49009


Jaylens Jeanne Demorest
8917 Briarwood #9
Kalamazoo, MI   49009


Jeffry Maystead
4718 Wildwood #58
Kalamazoo, MI   49009

Jenny Summers
4556 Locust #289
Kalamazoo, MI   49009


Jerry Smith
8765 Sassafras #329
Kalamazoo, MI   49009


John Homan
4457 Birch #277
Kalamazoo, MI   49009


John Livernois
8741 Rusty Dr. #150
Kalamazoo, MI   49009


John Phillps
4668 White Pine #217
Kalamazoo, MI   49009


John Snyder
4711 Red Eaf #158
Kalamazoo, MI   49009


Jonathan Schuyler
8738 Basswood #167
Kalamazoo, MI   49009


Joseph Ambs
4672 White Pine #216
Kalamazoo, MI   49009


Joseph Gerry
4646 Oak Lawn #134
Kalamazoo, MI   49009

Joseph Snow
8916 Briarwood #18
Kalamazoo, MI  49009


Juan Tienda
8946 Sassafras #248
Kalamazoo, MI  49009


Julie Cronk
4675 Red Leag #182
Kalamazoo, MI  49009


Karen Forbes
4744 Oak Lawn #126
Kalamazoo, MI  49009


Karen Kovach
8899 Woodland #243
Kalamazoo, MI  49009


Kate Kern
8739 Basswood #162
Kalamazoo, MI  49009


Kathleen Harrell (Meyer)
8906 Wildwood #71
Kalamazoo, MI  49009


Kelly Schallhorn
8908 Beechwood #44
Kalamazoo, MI  49009


Kelly Shafer
8902 Woodland #241
Kalamazoo, MI  49009

Kelly Wyant
4714 Oak Lawn #128
Kalamazoo, MI  49009


Ken Mannon
8834 Wildwood #78
Kalamazoo, MI  49009


Ken Shipley
8985 Briarwood #1
Kalamazoo, MI  49009


Kenneth Lattin
8933 Wildwood #52
Kalamazoo, MI  49009


Kimberly King
8673 Rusty Drive # 139
Kalamazoo, MI  49009


La Rue Welch
4732 Wildwood #58A
Kalamazoo, MI  49009


Larry Jordan
4667 Red Leaf #180
Kalamazoo, MI  49009


Larry Snell
4667 White Pine #214
Kalamazoo, MI  49009


LaShonda Lasenby
4349 Willow #295
Kalamazoo, MI  49009

Laura E. Schultz
4562 Ash #233
Kalamazoo, MI   49009


Laura Webster
8941 Wildwood #51
Kalamazoo, MI   49009


Lena Fleischaker
8872 Wildwood #75
Kalamazoo, MI   49009


Linda Dennison
8916 Beechwood #45
Kalamazoo, MI   49009


Linda K.Miller
8962 Woodland #238
Kalamazoo, MI   49009


Linda M. Salter
8938 Briarwood #21
Kalamazoo, MI   49009


Linda Marks
4695 Maple Lawn #119
Kalamazoo, MI   49009


Lisa Miller
8685 Rusty Drive 142
Kalamazoo, MI   49009


Lisa Robinson
4429 Elm #255
Kalamazoo, MI   49009

Lori  (Johnson Kennedy
8801 Briarwood  #102
Kalamazoo, MI  49009


Lori Joza
8717 Rusty Dr #144
Kalamazoo, MI  49009


Lynda Roscoe
4719 Red Leaf #156
Kalamazoo, MI  49009


Marcus Blair
4672 White Pine
Kalamazoo, MI  49009


Margie Gomez
8888 Beechwood #40
Kalamazoo, MI  49009


Marianne Brown
8880 Sycamore #327
Kalamazoo, MI  49009


Mark Adams
8873 Beechwood #37
Kalamazoo, MI  49009


Mark Bottoroff
8668 Basswood #230
Kalamazoo, MI  49009


Mark Coulson
8669 Dogwood #303
Kalamazoo, MI  49009

```
Mark Sikkenga
8680 Dogwood #308
Kalamazoo, MI  49009


Mark VanNiman
8727 Basswood #159
Kalamazoo, MI  49009


Mary Lawrence
8892 Beechwood #41
Kalamazoo, MI  49009


Mary Williams
4681 White Pine #222
Kalamazoo, MI  49009


Melinda WIlcozx
8847 Briarwood #110
Kalamazoo, MI  49009


Michael French Jr.
4735 Red Leaf # 152
Kalamazoo, MI  49009


Michael Kemmerling
8875 Beechwood #38
Kalamazoo, MI  49009


Michael Scott
8952 Woodland #239
Kalamazoo, MI  49009


Michael Shannon
4755 Maple Lawn #124
Kalamazoo, MI  49009
```

Michael Williams
8909 Wildwood #55
Kalamazoo, MI  49009


Michelle Mcliroy
8952 Woodland #264
Kalamazoo, MI  49009


Monico Jimenez
8787 Briarwood #100
Kalamazoo, MI  49009


Natacha Gibson
8690 Dogwood #309
Kalamazoo, MI  49009


Nathan Lee
8699 Dogwood #303
Kalamazoo, MI  49009


Nicodemus Asberry
4681 Maple Lawn  #118
Kalamazoo, MI  49009


Oshtemo Township
7275 West Main
Kalamazoo, MI  49009


Patricia Deland
8897 Sassafras #342
Kalamazoo, MI  49009


Patricia Dolph
8940 Beechwood #48
Kalamazoo, MI  49009

```
Patrick Seelye
8464 Rusty Dr. #154A
Kalamazoo, MI  49009


Patrick Willis
4685 White Pine #224
Kalamazoo, MI  49009


Patty Milsap
8769 Oak Lawn  #97
Kalamazoo, MI  49009


Paul Cusano
8646 Ironwood #201
Kalamazoo, MI  49009


Paul Huff
4678 Basswood #171
Kalamazoo, MI  49009


Peggy Czyzewski
8849 Wildwood #50
Kalamazoo, MI  49009


Phil Perk
8890 Sycamore #328
Kalamazoo, MI  49009


Phillip Haynes
8926 Beechwood #46
Kalamazoo, MI  49009


Randy Spinelli
8664 Basswood #231
Kalamazoo, MI  49009
```

Rebecca Joan Whitney
8898 Wildwood #72
Kalamazoo, MI  49009


Rebecca Stafford
8624 Ironwood #207
Kalamazoo, MI  49009


Relius Smith Sr.
8730 Dogwood #313
Kalamazoo, MI  49009


Richard Brown
8634 Ironwood #204
Kalamazoo, MI  49009


Richard D. Thornton
8827 Sassafras #335
Kalamazoo, MI  49009


Richard Maze
4657 White Pine #210
Kalamazoo, MI  49009


Richard Parsons
8650 Dogwood #306
Kalamazoo, MI  49009


Richard Stegman
4542 Ash #234
Kalamazoo, MI  49009


Rilchard Wildgen
4662 Oak Lawn #133
Kalamazoo, MI  49009

Robert Ball
8674 Ironwood #196
Kalamazoo, MI   49009


Robert Gilman
8944 Briarwood #22
Kalamazoo, MI   49009


Robert Knapp
8820 Sycamore #321
Kalamazoo, MI   49009


Robert Rupe
8938 Woodland #240
Kalamzzoo, MI   49009


Robert Wellington
4657 White Pine #209
Kalamazoo, MI   49009


Roger Gauthier
4485 Locust #291
Kalamazoo, MI   49009


Rosealie Cornell
8947 Sassafras #347
Kalamazoo, MI   49009


Rosemary Steele
8806 Wildwood #81
Kalamazoo, MI   49009


Ryan & Ryan
535 S. Burdick St Ste 115
Kalaamazoo, MI   49007-6100

Ryan Lovins
4676 White Pine #215
Kalamazoo, MI   49009


Ryan VanDam
4700 Wildwood #59
Kalamazoo, MI   49009


Sabrina Lambert
8917 Sassafras #344
Kalamazoo, MI   49009


Scott Munson
4667 Oak Lawn #89
Kalamazoo, MI   49009


Scott Newell
8926 Beechwood #47
Kalamazoo, MI   49009


Scott Pengra
8940 Wildwood #67
Kalamazoo, MI   49009


Shalana Roden
8932 Wildwood #68
Kalamazoo, MI   49009


Shanna Grubaugh
8895 Briarwood #12
Kalamazoo, MI   49009


Sharon P. Bradley
4636 Wildwood #64
Kalamazoo, MI   49009

Sheila Meyer
8737 Briarwood #4
Kalamazoo, MI   49009


Sherry Nondorf
8877 Beechwood #36
Kalamazoo, MI   49009


Ssue E. Clough
8720 Ironwood #191
Kalamazoo, MI   49009


Stacy Weber
4425 Locust #292
Kalamazoo, MI   49009


Stanley C. Page
8700 Doogwood #308
Kalamazoo, MI   49009


Stephen Wallace
4645 Maple Lawn #115
Kalamazoo, MI   49009


Susan Ann DeSchot
8951 Briarwood #4
Kalamazoo, MI   49009


Susan Rabb
4426 Willow  #296
Kalamazoo, MI   49009


Suzanne Riggs
8901 Beechwood #32
Kalamazoo, MI   49009

Terrance A. Miller
8891 Wildwood #57
Kalamazoo, MI  49009


Terry Ballinger Sr.
8746 Basswood #165
Kalamazoo, MI  49009


Terry Kennedy
4668 Red Leaf #173
Kalamazoo, MI  49009


Terry Payne
8735 Basswood # 160
Kalamazoo, MI  49009


Terry VanderZee
4651 Oak Lawn #88
Kalamazoo, MI  49009


Tessie Raven
8875 Briarwood #15
Kalamazoo, MI  49009


Theedy Doremus
8658 Ironwood #200
Kalamazoo, MI  49009


Thomas Stainbrook
8821 Sycamore #272
Kalamazoo, MI  49009


Tracy Alger
8925 Beechwood #$29
Kalamazoo, MI  49009

Travis Towne
4660 Wildwood #62
Kalamazoo, MI   49009


Vern Covell
8965 Briarwood #2
Kalamazoo, MI   49009


Vern Filipunas
8889 Beechwood #33
Kalamazoo, MI   49009


Vincent Carter
8809 Sycamore # 282
Kalamazoo, MI   49009


Walter Warner
4731 Red Leaf #153
Kalamazoo, MI   49009


Wendy Comai
4681 Oak Lawn #90
Kalamazoo, MI   49009


Weslie Gibson
8914 Sassafras #251
Kalamazoo, MI   49009


William Cunningham
8710 Dogwood #311
Kalamazoo, MI   49009


William H. Gelbaugh
8668 Basswood #245
Kalamazoo, MI   49009

```
William Smith
4455 Walnut #267
Kalamazoo, MI  49009


Wilmer Downs
8963 Woodland #236
Kalamazoo, MI  49009


ZKenneth Smeader
4383 Elm #256
Kalamazoo, MI  49009
```

# United States Bankruptcy Court
## Eastern District of Michigan

**IN RE:**                                                    Case No. _____

**Woodland Estates Of Kalamazoo, LLC** _____   Chapter **11** _____
<div style="text-align:center">Debtor(s)</div>

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case.  Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

### Part 1

"Companion cases," as defined in LBR 1071-1(c), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district? Yes ✓  No ____
(**If yes, complete Part 2.**)

### Part 2

**For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)**

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on Petition | **Phil Mularoni Investments, LLC** | | |
| Relationship to this case | **Brothers Own Both Corporation** | | |
| Case number | **11-42903-pjs** | | |
| Chapter | **11** | | |
| Date filed | **February  7, 2011** | | |
| District | **Eastern District Of Michigan** | | |
| Division | **Southern Division** | | |
| Judge | **Shefferly** | | |
| Status/Disposition | **Plan Cinfirmed** | | |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

**If the present case is a Chapter 13 case, state for each companion case:**

| | | | |
|---|---|---|---|
| Attorney | | | |
| Legal fee | | | |

Proposed legal fee in this case: $ _____
Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

### Part 3 - In a Chapter 13 Case Only

The Debtor(s) certify, re: 11 U.S.C. § 1328(f):
**[indicate which]**

☐ Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
☐ Debtor(s) did **not** receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
☐ Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.
☐ Debtor(s) did **not** receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

**/s/ Germano L. Mularoni** _____   _____   **/s/ Rlichard F. Fellrath** _____
Debtor                                    Debtor                    **Rlichard F. Fellrath P13365**
                                                                   **Law Offices of Richard F.**
Date: **September 13, 2011** _____                        **Fellrath**
                                                                   **4056 Middlebury Dr.**
                                                                   **Troy, MI 48085**
                                                                   **(248) 952-8364 FAX (248) 952-8365**
                                                                   **lawfellAwoorway.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only